IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00414-WDM-BNB

UNITED STATES OF AMERICA, ex rel WAYNE ROWE,

Plaintiff,

v.

GORDON P. RHEAUME, D.P.M.,
STANLEY C. RHEAUME, D.P.M., P.C., and
MARABETH JOHNSON,

Defendants.

_____

## ORDER
_____

This matter arises on the **Unopposed Motion to Withdraw as Counsel for Plaintiffs** [Doc. # 16, filed 1/20/2010] (the "Motion to Withdraw"). I held a hearing on the Motion to Withdraw this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Withdraw is GRANTED. Gregory C. Smith and the law firm of Fairfield and Woods, P.C., are relieved of any continuing responsibility in the case.

Dated February 10, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge