IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-414-WDM-BNB

UNITED STATES OF AMERICA, ex rel WAYNE ROWE,

    Plaintiff,

v.

GORDON P. RHEAUME, D.P.M.,
STANLEY C. REHEAUME, D.P.M.,P.C., and
MARABETH JOHNSON,

    Defendants.

_____

**ORDER ON RECOMMENDATION OF MAGISTRATE JUDGE**
_____

Miller, J.

This matter is before me on the recommendation of Magistrate Judge Boyd N. Boland, issued March 31, 2010, that this action be dismissed. Plaintiff has not objected to this recommendation and is not entitled to *de novo* review. 28 U.S.C. § 636(b).

I have reviewed the recommendation and agree with its analysis.

Accordingly, it is ordered:

1. The recommendation issued March 31, 2010, by Magistrate Judge Boland is accepted.

2. This case shall be dismissed with prejudice.

3. Defendants may have their costs.

DATED at Denver, Colorado, this 3rd day of May, 2010.

BY THE COURT:

_____
Walker D. Miller
Senior United States District Judge